**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KEVIN ADONAY HERNANDEZ-MEJIA** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:26-cv-3154-MDH** |
| | ) | |
| **JIM ARNOTT,** *et. al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |

## <u>ORDER</u>

Before the Court, is Respondents' Motion to Dismiss. (Doc. 5). Respondents represent to the Court, and Petitioner confirms (Doc. 7), that Petitioner requested and was granted voluntary departure by the immigration judge. On 3/19/2026, Respondents reported to the Court that Petitioner would be released from detention and voluntarily depart the United States "within the next four days." Twelve days have passed since that update. Having not heard from Petitioner, the Court grants Respondents' Motion to Dismiss. This case is hereby dismissed without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**.

DATED: April 1, 2026

/s/ Douglas Harpool
**DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE**